


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITES STATES OF AMERICA | ) | **INDICTMENT** |
| --- | --- | --- |
| | ) | (2 counts) |
| | ) | |
| v. | ) | Case Number: 3:17 CR 65 |
| | ) | |
| | ) | 18 U.S.C. § 2252(a)(2) |
| BRENDAN R. EILER | ) | 18 U.S.C. § 2252(a)(4)(B) |

**THE GRAND JURY CHARGES:**

### Count 1

From on or about March 30, 2016 to on or about March 30, 2017, in the Northern District of Indiana,

### BRENDAN R. EILER,

defendant herein, knowingly received any visual depiction using any means or facility of interstate or foreign commerce, and the production of such depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

All in violation of 18 U.S.C. § 2252(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## Count 2

On or about March 30, 2017, in the Northern District of Indiana,

**BRENDAN R. EILER,**

defendant herein, did knowingly possess, one or more books, magazines, periodicals, films, videos, tapes, or other matter which contained visual depictions which were shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, and which visual depictions were of such conduct and which depicted a prepubescent minor or a minor who had not yet attained 12 years of age.

All in violation of 18 U.S.C. § 2252(a)(4)(B).

# FORFEITURE ALLEGATION

Upon conviction for violating any count of the Indictment, pursuant to 18 U.S.C. § 2253, **BRENDAN R. EILER**, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, or received in violation thereof; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation(s).

Dated: July 12, 2017

A TRUE BILL:

 s/ Foreperson
Grand Jury Foreperson

CLIFFORD D. JOHNSON
ACTING UNITED STATES ATTORNEY

By:   s/ John M. Maciejczyk
John M. Maciejczyk
Assistant United States Attorney