| Year | # PSC cases | Mean Sentence | Median Sentence | Within range | Above range | % Below range | Median below guideline sentence months | Median months decrease from guideline min | Median % decrease from guideline min |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | 1,335 | 119.8 | 78 | 53.7% | 1.4% | 44.9% | 56 | 24 | 31% |
| 2009 | 1,797 | 117.8 | 78 | 47% | 1.5% | 51.5% | 60 | 24 | 23.1% |
| 2010 | 1,886 | 118 | 80 | 41.5% | 2.4% | 56.1% | 60 | 30 | 31.3% |
| 2011 | 1,855 | 119 | 84 | 34.9% | 1.9% | 63.7% | 60 | 32 | 34.9% |
| 2012 | 2,014 | 129 | 90 | 35% | 2.6% | 62.3% | 78 | 41 | 38.1% |
| 2013 | 1,922 | 136 | 96 | 33.7% | 1.7% | 64% | 68 | 53 | 47.7% |
| 2014 | 1,925 | 137 | 97 | 31.2% | 2.6% | 66.2% | 72 | 42 | 39.9% |
| 2015 | 1,903 | 153 | 96 | 30.7% | 1.8% | 66.5% | 53 | 49 | 43.4% |
| 2016 | 1,937 | 145 | 97 | 29.1% | 2.0% | 68.9% | 72 | 52 | 38.5% |
| 2017 | 1,809 | 147 | 97 | 29.0% | 2.5% | 68.5% | 63 | 34 | 35.1% |